# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| JODY WALLACE, | * |
| Plaintiff, | * |
| v. | * |
| ANDREW SAUL, Commissioner of the Social Security Administration, | *  No. 4:20-cv-00856-JJV |
| Defendant. | * |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice.

DATED this 30th day of March 2021.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE